IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

Date:  September 16, 2014

| | | |
|---|---|---|
| Sylvia S. Webb, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-14-768-L |
| | ) | |
| Express Mobile Diagnostic Services, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

ENTER ORDER:

On the representations from counsel for plaintiff that the parties have reached a settlement and compromise, it is ordered that the Clerk administratively terminate this action in the records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.  If the parties have not reopened this case within **30** days of this date for the purpose of dismissal pursuant to the settlement compromise, plaintiff's action shall be deemed to be dismissed with prejudice.

By direction of Judge Tim Leonard, we have entered the above enter order.

                                                              Carmelita Reeder Shinn
                                                              Court Clerk


                                                              By: s/Janet Wright
                                                                    Deputy Clerk