**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. SYLVIA S. WEBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-14-768-M |
| | ) | |
| 1. EXPRESS MOBILE DIAGNOSTIC SERVICES, LLC, | ) ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Sylvia S. Webb, hereby stipulates with the Defendant, Express Mobile Diagnostic Services, LLC, that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 17th DAY OF OCTOBER, 2014.**

s/ Lauren W. Johnston
Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone:   405-239-3800
Facsimile:   405-239-3801
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*

1

<u>s/ David W. Lee</u>
(Signed with permission)
David W. Lee, OBA # 5333
LEE LAW CENTER, P.C.
6011 N. Robinson Avenue
Oklahoma City, OK 73118-7425
(405) 848-1983/Fax: (405) 848-4978
david@leelawcenter.com
*Counsel for Defendant*
